

# Court of Appeals
## Fifth District of Texas at Dallas

### MANDATE

**TO THE COUNTY COURT AT LAW NO. 5 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 3rd day of August, 2015, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| TWYLA COCHRAN, Appellant | On Appeal from the County Court at Law No. 5, Dallas County, Texas |
| No. 05-15-00492-CV         V. | Trial Court Cause No. CC-15-01465-E. Opinion delivered by Chief Justice Wright. |
| JEFF 1, LLC, Appellee | Justices Lang-Miers and Stoddart participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JEFF 1, LLC recover its costs of this appeal from appellant TWYLA COCHRAN.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 13th day of October, 2015.

LISA MATZ, Clerk